# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREFERRED MUTUAL INSURANCE COMPANY<br><br>　　　　Plaintiffs<br>vs.<br><br>CSAA MID-ATLANTIC INSURANCE COMPANY OF NEW JERSEY d/b/a MID-ATLANTIC INSURANCE COMPANY OF NEW JERSEY<br><br>　　　　Defendant | Civil Action No.  1:19-CV-15589<br><br>**VOLUNTARY STIPULATION OF DISMISSAL** |

NOW comes plaintiff, Preferred Mutual Insurance Company, by and through its counsel, David D Blake Esq, of Marshall Dennehey Warner Coleman & Goggin, who does hereby voluntarily withdraw and dismiss the complaint filed in this matter without prejudice.

　　　　　　　　　　　　　　　　　　Marshall Dennehey Warner Coleman & Goggin

DATE:  9/26/2019　　　　　　　　　By: /s/ David D. Blake_____
　　　　　　　　　　　　　　　　　　　　DAVID D BLAKE ESQ.
　　　　　　　　　　　　　　　　　　　　Attorneys for Preferred Mutual Insurance

LEGAL/123743998.v1